of the Borough of Brooklyn, Defendant; HARRY D. SHEA, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

MARY BRANDT, Appellant, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD and JOHN SCHAEFER, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

CATHERINE BURPEAU, Respondent, v. JAMES E. STEWART, etc., Appellant; DAWN STEWART and Others, Defendants.— Motion for stay denied, with ten dollars costs. Defendant, appellant, may have ten days from service of a copy of the order herein in which to serve answer pleading abatement on the mortgage debt, if so advised. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

THE CHASE NATIONAL BANK, etc., Plaintiff, v. FREDERICK McHENRY KITCHING and Others, Defendants. ELIZABETH F. VILKOMERSON, Appellant; TRI-STATE INVESTORS CORPORATION and Others, Respondents.— Motion to compel acceptance of notice of appeal granted. Present — Lazansky, P. J., Kapper, Scudder and Tompkins, JJ.; Davis, J., not sitting.

THE CHASE NATIONAL BANK, etc., Plaintiff, v. FREDERICK McHENRY KITCHING and Others, Defendants. ELIZABETH F. VILKOMERSON, Appellant; TRI-STATE INVESTORS CORPORATION and Others, Respondents.— Motion for leave to print only certain parts of the minutes denied. Present — Lazansky, P. J., Kapper. Scudder and Tompkins, JJ.; Davis, J., not sitting.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Trustee, etc., Respondent, v. FREDERICK McHENRY KITCHING and Others, Appellants; ELIZABETH SPENCER and Others, Defendants.— Motion to dismiss appeals denied upon condition that the appellants perfect the appeals for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Scudder and Tompkins, JJ.; Davis, J., not sitting.

EMILIO DI BIANCO, Respondent, v. FILOMENO NAPOLETANO and MARIA NAPOLETANO, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

FANNIE R. FEFFER, Respondent, v. BABHO REALTY Co., INC., and Others, Appellants. BABHO REALTY Co., INC., Appellant, v. FANNIE R. FEFFER and WILLIAM FEFFER, Respondents.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

MARY FITZPATRICK, Respondent, v. IRVING TERRY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

GEORGE GILLESPIE, by NEIL GILLESPIE, His Guardian ad Litem, Appellant,